

1
2
3
4
5   IN THE UNITED STATES DISTRICT COURT
6   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   IN THE MATTER OF   CV 09 80 207 MISC
9
10                                                                VRW
11   Theodore Carl Luebkeman - #98836
12   _____/
13
14                    **ORDER TO SHOW CAUSE**
15        It appearing that Theodore Carl Luebkeman has been enrolled as an inactive member of the
16   State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not
17   practice law while so enrolled effective July 1, 2009,
18        **IT IS ORDERED**
19        That respondent show cause in writing on or before October 1, 2009 as to why he should not be
20   suspended from practice before this Court.
21   Dated:
22                                               VAUGHN R.  WALKER
23                                               United States District Chief Judge
24   Mailing Address:
25   Theodore Carl Luebkeman
26   Attorney at Law
     2701 Diekamp Farm Trail
27   St. Charles, MO 63303
28

United States District Court
For the Northern District of California